UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY GREENE,

      Plaintiff,

v.                                                                              Case No. 14-10005
                                                                        Hon. Denise Page Hood

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION
### and
## DISMISSING ACTION

     This matter is before the Court on Magistrate Judge Patricia T. Morris' Report and Recommendation. **[Doc. No. 11, filed November 26, 2014]** To date, no objections have been filed to the R&R and the time to file such has passed.

     Judicial review of the Commissioner's decision is limited in scope to determining whether the Commissioner employed the proper legal criteria in reaching his conclusion. *Garner v. Heckler,* 745 F.2d 383 (6th Cir. 1984). The credibility findings of an administrative law judge ("ALJ") must not be discarded lightly and should be accorded great deference. *Hardaway v. Secretary of Health and Human Services*, 823 F.2d 922, 928 (6th Cir. 1987). A district court's review of an ALJ's decision is not a de novo review. The district court may not resolve conflicts in the evidence nor decide questions of credibility. *Garner*, 745 F.2d at

397. The decision of the Commissioner must be upheld if supported by substantial evidence, even if the record might support a contrary decision or if the district court arrives at a different conclusion. *Smith v. Secretary of HHS*, 893 F.2d 106, 108 (6th Cir. 1984); *Mullen v. Bowen*, 800 F.2d 535, 545 (6th Cir. 1986).

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. The Court agrees with the Magistrate Judge that the ALJ did not improperly delegate his fact-finding role to the Vocational Expert. The Court further agrees with the Magistrate Judge that the ALJ's findings were supported by substantial evidence. The Magistrate Judge reviewed the ALJ's findings and the record in reaching her conclusion. The Court accepts the Magistrate Judge's Report and Recommendation as this Court's findings of fact and conclusions of law.

For the reasons set forth above,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Patricia T. Morris **[Doc. No. 11, filed November 26, 2014]** is **ACCEPTED** and **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment **[Doc. No. 9, filed April 8, 2014]** is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment **[Doc. No. 10, filed May 12, 2014]** is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

                                                */s/ Denise Page Hood*
                                                DENISE PAGE HOOD
                                                United States District Judge

DATED: December 31, 2014